USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALLISON MICHELE CRUZ, on behalf of herself
and all others similarly situated,

                              Plaintiff,

          -against-

K9 BALLISTICS, INC.,

                              Defendant.
-----------------------------------------------------------------X

**23-CV-8312 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court's Order at ECF No. 17 schedules an Initial Case Management Conference and directs the parties to meet and confer and to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan.  As a point of clarification, because the parties have already completed the Proposed Case Management Plan (ECF No. 12), the parties are not required to meet again or to submit an additional Plan.  The parties are permitted to submit an updated Proposed Case Management Plan should they desire to do so.  The Court will discuss the parties' Proposed Case Management Plan at the upcoming Initial Case Management Conference.

      **SO ORDERED.**

DATED:    New York, New York
             December 8, 2023

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge