USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALLISON MICHELE CRUZ, on behalf of herself
and all others similarly situated,

                       Plaintiff,

      -against-

K9 BALLISTICS, INC.,

                      Defendant.
-----------------------------------------------------------------X

**23-CV-8312 (KHP)**

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on March 19, 2024 (doc. no 26) the Case Management Conference currently scheduled for **March 26, 2024** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              March 20, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge